■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN CARLOS MARTINEZ, Appellant. [830 NYS2d 524]—Judgment of resentence, Supreme Court, New York County (Bruce Allen, J.), rendered on or about March 21, 2006, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Marlow, Buckley and McGuire, JJ.